# Order

**Lansing, Michigan**

October 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137111

ANTHONY PELLEGRINO, Individually and as
Personal Representative of the Estate of
SHIRLEY ANN PELLEGRINO,
         Plaintiffs-Appellees,

v

AMPCO SYSTEMS PARKING,
         Defendant-Appellant.

_____

SC: 137111
COA: 274743
Wayne CC: 03-325462-NI

      On order of the Court, on the Court's own motion, the oral argument of this case, scheduled for November 3, 2009 is ADJOURNED. The case will be placed on a future session calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2009

_____
Clerk